

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00237-CV

IMPERIAL CHARTERS, LLC, Appellant

v.

REDWOOD FIRE AND CASUALTY
INSURANCE COMPANY, Appellee

§ On Appeal from County Court at Law
No. 3

§

§ of Tarrant County (2022-006827-3)

§

§ April 3, 2025

§

Memorandum Opinion by Chief Justice
Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Imperial Charters, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth